FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUN 13 PM 4: 46

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| REPUBLIC-FRANKLIN INSURANCE COMPANY and MARYLAND CASUALTY COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> SECURITY PROFESSINALS, INC., <br><br> Defendant. | Case No. CV407-060 |

## ORDER

The Court having reviewed and considered the petition of Karen D. Fultz of the law firm of Cozen O'Connor, SunTrust Plaza, Suite 2200, 303 Peachtree Street, NE, Atlanta, Georgia 30318, for permission to appear pro hac vice on behalf of plaintiff Maryland Casualty Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Karen D. Fultz as counsel of record for plaintiff Maryland Casualty Company, in this case.

**SO ORDERED** this 13th day of June, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA